LEON V. ROUBINIAN (SBN 226893)
ROUBINIAN LAW GROUP
150 Post Street, Suite 600
San Francisco, CA 94108
Ph: (415) 738-8181
Fax: (415) 738-8183
Email: leon@roubinianlaw.com

Attorneys for Plaintiff JOSEPH HOROWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPH HOROWITZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE; HOWARD EARL FISHER III; and DOES 1 through 15, inclusive,<br><br>　　　　Defendants. | **CASE NO.:** CV-17-02898 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING OF A FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15(a)(2)** |

///

Plaintiff Joseph Horowitz ("Horowitz") and Defendant United States of America ("Defendant") hereby consent and stipulate that pursuant to Federal Rule of Civil Procedure 15(a)(2), Horowitz may file the First Amended Complaint that is attached to the Stipulation as Exhibit A. Horowitz's First Amended Complaint shall be the now-operative pleading in the above-captioned litigation. Defendant shall have 30 days from the date the amended complaint is deemed filed to file its responsive pleading.

IT IS SO STIPULATED:

Dated: January 11, 2018

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

 /s/ *David Pereda*
DAVID PEREDA
Assistant United States Attorney
Attorney for Defendant

 /s/ *Leon V. Roubinian*
LEON V. ROUBINIAN
Attorney for Plaintiff

**\*CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Leon V. Roubinian, hereby attest that Mr. Pereda concurred in the filing of this document.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/22/18

KANDIS A. WESTMORE
United States Magistrate Judge